**Order entered August 26, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00177-CV

### EX PARTE JOHN CLOUD

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. X-13-1239-P**

## ORDER

We **GRANT** appellant's August 21, 2014 motion for an extension of time to file an amended brief. Appellant shall file his amended brief **on or before SEPTEMBER 22, 2014**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/  ADA BROWN
   JUSTICE